UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| DONALD JOHNSON, | ) ) ) |
| Defendant. | ) |

FILED
NOV 1 8 2010
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

4:10CR00594HEA

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 29, 2010, in the City of St. Louis, within the Eastern District of Missouri,

**DONALD JOHNSON,**

the Defendant herein, having been convicted previously in the District Court for the Eastern District of Missouri, in Cause No.: 4:06 CR 758 ERW of Felon in Possession of a Firearm, a crime punishable by a term of imprisonment exceeding one year under the laws of the United States, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

THOMAS J. MEHAN, #12736
Assistant United States Attorney