UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CR594 HEA |
| | ) | |
| DONALD JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court upon Defendant's Motion to Continue Trial Setting

[Doc. #38] and Waiver of Speedy Trial [Doc.#37].

This Court, upon careful consideration of the motion of Defendant, and on review of the

record, finds that the ends of justice would best be served by continuing the trial setting as to

Defendant Donald Johnson to August 15, 2011, and that a continuance of these proceedings

outweighs the best interest of the public and the Defendant in a speedy trial.  Furthermore, failure

to grant a continuance would deny counsel for the Defendant and the Government the reasonable

time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has filed with this Court a signed Waiver of Speedy Trial under the Speedy

Trial Act, 18 U.S.C. §3161, [Docs.#37].

Concluding that the administration of justice will best be served by continuing this case,

the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendant Donald Johnson is

RESET to <u>August 15, 2011</u>, at <u>9:30 a.m.</u>

Dated this 22nd day of June, 2011.


                                                               HENRY EDWARD AUTREY
                                           UNITED STATES DISTRICT JUDGE