UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CR594-HEA(MLM) |
| | ) | |
| DONALD JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Defendant Donald Johnson's Motion to Suppress Identification [Doc. 28]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Mary Ann Medler, who filed her Report and Recommendation on May 9, 2011. Judge Medler has recommended that the Motion be denied. Neither party objected to the Report and Recommendation.

After a careful review of all matters relevant to the Motion, the Court will adopt and sustain the Magistrate Judge's Report and Recommendation and will deny the Motion.

**IT IS HEREBY ORDERED** that Defendant Donald Johnson's Motion to Suppress Identification is **DENIED**.

Dated this 28th day of June, 2011.

                                              HENRY EDWARD AUTREY
                                              UNITED STATES DISTRICT JUDGE