UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10 CR 594 HEA |
| DONALD JOHNSON, | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the indictment against the defendant without prejudice.

                                                                                                             RICHARD G. CALLAHAN
                                                                                                             United States Attorney

                                                                  *s/Thomas J. Mehan*
                                                                  THOMAS J. MEHAN, #12736
                                                                  Asst. United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

                                                                       _____
                                                                       HENRY E. AUTREY           DATE
                                                                       UNITED STATES DISTRICT JUDGE

Dated:  This  12th  day of October 2011.